The People of the State of Illinois, defendant in error, v. Russell Garwood and Ed Killion, plaintiffs in error. Gen. No. 7,768.

Prosecution for carrying concealed weapons. Defendants convicted. Error to the County Court of Edgar county; the Hon. Paul B. Lauher, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed December 31, 1924.

A. B. Dennis, for plaintiffs in error. George W. Bristow, State's Attorney, for defendant in error.

Mr. Justice Crow delivered the opinion of the court.

---

Eva Lyons, appellant, v. Nellie Carter, executrix of the last will and testament of Delilah Hornbach, deceased, appellee. Gen. No. 7,777.

Claim against decedent's estate on promissory note. Judgment against claimant. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed December 31, 1924.

William Mumford and Barry Mumford, for appellant. Williams & Williams, for appellee.

Mr. Justice Crow delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Elbert Coulter, plaintiff in error. Gen. No. 7,786.

Prosecution for operating motor vehicle on public highway while intoxicated. Defendant convicted. Error to the County Court of Pike county; the Hon. Mark Bradburn, Judge, presiding. Heard in this court at the October term, 1924. Reversed. Opinion filed December 31, 1924.

Williams & Williams, for plaintiff in error. Barry Mumford, State's Attorney, for defendant in error.

Mr. Justice Crow delivered the opinion of the court.

---

Frank L. Wheeler and George L. Wheeler, appellees, v. Martha Huttonbrock and William H. Huttonbrock, appellants. Gen. No. 7,792.

Suit to stay waste. Decree for complainants. Appeal from the Circuit Court of DeWitt county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed December 31, 1924. Certiorari denied by Supreme Court (making opinion final).

F. K. Lemon and Grover W. Watson, for appellants. Herrick & Herrick, for appellees.

Mr. Justice Crow delivered the opinion of the court.

---

T. R. Bane, appellee, v. National Fire Insurance Company of Hartford, Connecticut, appellant. Gen. No. 7,800.

Action on fire insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed December 31, 1924. Certiorari denied by Supreme Court (making opinion final).

Frank O. Hanson and Bates, Hicks & Folonie, for appellant. Hubert J. Thompson, for appellee.

Mr. Justice Crow delivered the opinion of the court.